UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 12-152-PLA                                                        Date  April 9, 2012

Title: Pete Allen v. City of Burbank, et al.

------------------------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
               NONE                                                                   NONE

PROCEEDINGS:         ( IN CHAMBERS)

On March 19, 2012, defendants City of Burbank and Burbank Police Department filed a Motion to Dismiss the complaint in this action (the "Motion"), set for hearing before this Court on April 17, 2012.  On April 3, 2012, plaintiff filed his Opposition to the Motion, also noting the April 17, 2012, hearing date and the assignment to this Court.  However, neither party to date has filed a Statement of Consent form under the Direct Assignment of Civil Cases to Magistrate Judges Program.  Thus, this Court is not currently in a position to rule on the Motion.  Prompt filing of the Statement of Consent would allow the Court to know whether or not the matter needs to be reassigned to a District Judge, which in turn would allow the parties to proceed toward a resolution of the action.  In any event, it appears that plaintiff may be in violation of Local Rule 73-2.2, as, assuming the Complaint was served prior to the filing of the Motion to Dismiss, he has failed to file a proof of service of the summons and complaint within 10 days of service.

Accordingly, **no later than April 19, 2012**, plaintiff is ordered to show cause why this action should not be dismissed for failure to follow the Local Rules.  Filing of the proof of service by April 19, 2012, shall be deemed compliance with this Order.

The hearing on defendants' Motion to Dismiss is hereby **continued to May 8, 2012**.

**IT IS SO ORDERED**.


cc:        Counsel of Record


                                                                                      Initials of Deputy Clerk_____


CV-90 (10/98)                                   CIVIL  MINUTES  -  GENERAL