JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PETE ALLEN,

                Plaintiff,

        v.

CITY OF BURBANK, et al.,

                Defendants.

Case No. CV 12-0152 -DMG (JCx)

ORDER DISMISSING ACTION

On November 27, 2012, this Court dismissed Plaintiff's complaint with leave to amend, allowing Plaintiff 15 days within which to file an amended complaint.  [Doc. # 18.]  The Court's order advised Plaintiff that if he "fails to file an amended complaint, this action shall be dismissed without prejudice."  *Id.*

Plaintiff having failed to file an amended complaint, IT IS ORDERED that this action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

DATED:  December 18, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-