JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE ALLEN, | Case No. CV 12-0152 -DMG (JCx) |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION |
| CITY OF BURBANK, et al., | |
| Defendants. | |

On November 27, 2012, this Court dismissed Plaintiff's complaint with leave to amend, allowing Plaintiff 15 days within which to file an amended complaint. [Doc. # 18.] The Court's order advised Plaintiff that if he "fails to file an amended complaint, this action shall be dismissed without prejudice." *Id.*

Plaintiff having failed to file an amended complaint, IT IS ORDERED that this action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: December 18, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-